**Fried, Frank, Harris, Shriver & Jacobson LLP**

One New York Plaza
New York, New York 10004
Tel: +1.212.859.8000
Fax: +1.212.859.4000
www.friedfrank.com

MEMO ENDORSED

# FRIED FRANK

Direct Line: +1.212.859.8592
steven.witzel@friedfrank.com

October 6, 2020

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

Re:   *Thomas v. DeCastro*, 14-CV-06409 (KMK) (LMS)

Dear Judge Karas:

Pursuant to Your Honor's Calendar Notice dated October 6, 2020, oral argument in this matter has been scheduled for Tuesday, October 13, 2020 at 2:00 p.m. Plaintiff's counsel is requesting a brief one-week or later adjournment of the oral argument at a date and time convenient for the Court. Ashley Czechowski, an attorney at Fried Frank Harris Shriver & Jacobson LLP, was involved in drafting the brief in support of Plaintiff's motion and will be arguing this matter before the Court. However, Ms. Czechowski will be in Maine on a scheduled vacation beginning Friday, October 9, 2020 and may not return until the middle or end of the following week.

I spoke with Assistant Attorney General Brendan M. Horan, counsel for defendant, who consents to this adjournment request. No previous requests for an adjournment of the oral argument have been made. We thank the Court for its attention to this matter.

Respectfully submitted,

/s/ Steven M. Witzel
Steven M. Witzel

*Granted. The Court will hold oral argument on October 26, 2020 at 2:00 pm*

SO ORDERED
KENNETH M. KARAS U.S.D.J.
10/9/2020

cc:   Counsel of Record (via ECF)

New York • Washington • London • Frankfurt
Fried, Frank, Harris, Shriver & Jacobson LLP is a Delaware Limited Liability Partnership

22594177