UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BERNARD THOMAS,

                      Plaintiff,

      -v-

LIEUTENANT DECASTRO, *et al.*,

                     Defendants.

No. 14-CV-6409 (KMK)

ORDER

KENNETH M. KARAS, United States District Judge:

      For the reasons explained on the record at Oral Argument on October 26, 2020, Plaintiff's Motion for Spoliation Sanctions is denied. The Clerk of Court is respectfully directed to terminate the pending Motion. (Dkt. No. 130.)

SO ORDERED.

Dated: October 26, 2020
       White Plains, New York

                                                      KENNETH M. KARAS
                                                      United States District Judge