UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
BERNARD THOMAS,

                    Plaintiff,

-against-                              14 CIVIL 6409 (KMK)

**JUDGMENT**

LIEUTENANT DECASTRO,

                    Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated December 1, 2021, Defendant's Motion for Summary Judgment is granted; accordingly, the case is closed.

**Dated:** New York, New York

        December 2, 2021

                                                    RUBY J. KRAJICK

                                                  Clerk of Court

                         BY:
                                                 Deputy Clerk